# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:08-CR-0379** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **SHAUN CHAPMAN** | : | |

## **ORDER**

AND NOW, this 9th day of January, 2009, upon consideration of defendant's motion (Doc. 16) to terminate Thomas Thornton, Esquire ("Attorney Thornton") as his appointed counsel, and of Attorney Thornton's response thereto (Doc. 18), stating that, after meeting with counsel on the date hereof, defendant wishes Attorney Thornton to remain assigned to the above-captioned matter, it is hereby ORDERED that the motion (Doc. 16) to terminate counsel is DENIED as moot.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge